**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

**MARIO M. CONRAD
REG # 07996-025**                                                                                       **PLAINTIFF**

**V.**                                       **2:11CV00078 JMM**

**T.C. OUTLAW, Warden,
FCI-Forrest City**                                                                                         **DEFENDANT**

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the relevant record de novo.  After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition (Docket # 13) should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.  Plaintiff's petition for Habeas Corpus under 28 U.S.C. § 2241 ((docket entry #1) is DENIED and the case is DISMISSED WITH PREJUDICE.  The Clerk is directed to close the case.

2.  The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 24th day of September, 2012.

*James M. Moody*
UNITED STATES DISTRICT JUDGE