IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**MARIO M. CONRAD**
**REG # 07996-025**                                                                          **PLAINTIFF**

**V.**                                      **2:11CV00078 JMM**

**T.C. OUTLAW, Warden,**
**FCI-Forrest City**                                                                         **DEFENDANT**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied.  The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 24th day of September, 2012.

*/s/ James M. Moody*
UNITED STATES DISTRICT JUDGE